**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **JUNIOR MOMLHEUNG K BEZENG,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Case No. CIV-26-1062-R** |
| ) | |
| **JOSHUA JOHNSON, et al.,** ) | |
| ) | |
| **Respondents.** ) | |

## ORDER

Petitioner Junior Momlheung K Bezeng, a citizen of Cameroon proceeding with counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") challenging his detention by the U.S. Immigration and Customs Enforcement ("ICE"). (Doc. 1).  United States District Judge David L. Russell referred the matter to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C).  (Doc. 3).  In accordance with the expedited briefing schedule, (Doc. 7), Respondents timely filed a Response.  (Doc. 9).  Petitioner timely filed a Reply.  (Doc. 10).

An independent review of public record shows that on July 1, 2026, an Immigration Judge granted Petitioner voluntary departure. *See* EOIR Automated Case Information, https://acis.eoir.justice.gov/en/caseInformation (last visited July 6, 2026).  The ICE Online Detainee Locator System indicates Petitioner is housed at the Diamondback Correctional Facility in Watonga, Oklahoma. *See* https://locator.ice.gov/odls/#/search (last accessed July 6, 2026).

**IT IS ORDERED that Petitioner's counsel file a notice with the Court on or before July 8, 2026, attaching the voluntary departure order and advising the effect of the order on the status of the pending Petition for habeas corpus.**

IT IS SO ORDERED this 6th day of July, 2026.

AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE

2