**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JUNIOR MOMLHEUNG K BEZENG,** | **)** | |
| | **)** | |
| **Petitioner,** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. CIV-26-1062-R** |
| | **)** | |
| **JOSHUA JOHNSON, et al.,** | **)** | |
| | **)** | |
| **Respondents.** | | |

**ORDER**

Upon review of the file and noting no timely objection to the Report and Recommendation [Doc. No. 14] issued by United States Magistrate Judge Amanda L. Maxfield, the Report and is ADOPTED and, for the reasons stated therein, the Petition for Writ of Habeas Corpus is DISMISSED as moot.

IT IS SO ORDERED this 26th day of August, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**